IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAVICHANDRA RAMA, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:26-CV-586-RP |
| | § | |
| MARKWAYNE MULLIN,[1] et al. | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On May 8, 2026, Plaintiff dismissed all claims in this case without prejudice. (Dkt. 6). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on May 11, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] Markwayne Mullin is automatically substituted in as Defendant for former Secretary of Homeland Security Kristi Noem pursuant to Federal Rule of Civil Procedure 25(d).